IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAMALLE MEADOWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-20-530-D |
| ) | |
| THE CITY OF THE VILLAGE, ) | |
| OKLAHOMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the Court is Defendants Jacobson and Swartzbaugh's, in Their Official Capacities, Motion to Dismiss [Doc. No. 17], filed under Fed. R. Civ. P. 12(b)(6). Plaintiff, who appears *pro se*, has responded by filing his own Motion to Dismiss Defendants Jacobson and Swartzbaugh in Their Official Capacities [Doc. No. 19]. Plaintiff states that he agrees with Defendants' position, and asks that their Motion be granted. Plaintiff states that he intends to proceed with his claims against Defendants Jacobson and Swartzbaugh only in their individual capacities.

IT IS THEREFORE ORDERED that Defendants Jacobson and Swartzbaugh's Motion to Dismiss [Doc. No. 17] and Plaintiff's Motion to Dismiss [Doc. No. 19] are GRANTED.

IT IS FURTHER ORDERED that Plaintiff's action against Defendants Ryan Jacobsen and Mark Swartzbaugh in their official capacities is DISMISSED. This action will proceed against these defendants only in their individual capacities.

2

IT IS SO ORDERED this 19th day of August, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge