IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RAMELLE MEADOWS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number CIV-20-530-C |
| | ) | |
| THE CITY OF THE VILLAGE, | ) | |
| OKLAHOMA; LT. RYAN JACOBSON, | ) | |
| in his individual capacity as City of the | ) | |
| Village Police Officer; and CPL. MARK | ) | |
| SWARTZBAUGH, in his individual | ) | |
| Capacity as City of the Village Police | ) | |
| Officer, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Upon consideration of the pleadings herein, the Court finds that Defendants' Motion for Summary Judgment should be granted, and judgment is therefore entered on behalf of all Defendants and against Plaintiff.

DATED this 3rd day of November 2021.

ROBIN J. CAUTHRON
United States District Judge